**No. 62798.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protests 328912–K, 58/9027, and 58/15503 (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of Tutch latches the same in all material respects as those the subject of *Linread Products, Inc.* v. *United States* (39 Cust. Ct. 262, C.D. 1939), the claim of the plaintiff was sustained.

**No. 62799.**—Hensel, Bruckmann & Lorbacher, Inc., et al. *v.* United States, protests 254362–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

**No. 62800.**—Pollak Industrial Corp. *v.* United States, protest 269272–K (Baltimore).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.

**No. 62801.**—H. W. Robinson & Co., Inc., et al. *v.* United States, protests 58/3648, etc. (New York).

Opinion by Ford, J. The protests were dismissed